UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                          CHAPTER 13
SHAYNE V. O'LEARY
SAMANTHA O'LEARY                                    CASE NO. 10-72955

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**  BSI Financial Services Inc.        **Court claim #:**  5

**Last four digits** of any number used to identify the debtor's account:    1183

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $32,570.49 (Per Creditor's Proof of Claim) |
| | + 395.00 (Per Cost of Collection Order Dated 9/10/10) |
| | + 200.00 (Per Cost of Collection Order Dated 10/8/10) |
| Total | $33,165.49 |
| Amount Paid by Trustee | $33,165.49 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan            ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  11/30/12                           /s/Lydia S. Meyer
                                          Lydia S. Meyer, Trustee
                                          308 W. State St., Suite 212
                                          Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 30th Day of November, 2012.

Dated:  11/30/12                           /s/Cynthia K. Burnard

BSI FINANCIAL SERVICES INC
314 SOUTH  FRANKLIN STREET
PO BOX 517
TITUSVILLE, PA 16354

BAC HOME LOANS SERVICING
ATTN:  CUST. SERVICE CA6-919-01-41
PO BOX 5170
SIMI VALLEY, CA  90362-5170

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

DEAN PROBER
C/O PROBER & RAPHAEL, A LAW CORP.
20750 VENTURA BLVD STE. 100
WOODLAND HILLS, CA 91364

SHAYNE V. O'LEARY
SAMANTHA O'LEARY
11424 LAKEVIEW ROAD
RICHMOND, VA  60071

THOMAS C. O'BRIEN
STATE LINE LEGAL
950 MAIN STREET
ANTIOCH, IL  60002-1537